**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 2:25-cr-20423-MSN** |
| **KYBRIC DOUGLAS,** | ) | |
| **Defendant.** | ) | |

## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

Pursuant to 28 U.S.C. § 636(b), the undersigned United States Magistrate Judge conducted a plea hearing in this case on October 7, 2026. At the hearing, Defendant entered a plea of guilty as to Count One of the Indictment. On the basis of the record made at the hearing, the Court finds that Defendant is fully competent and capable of entering an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by Defendant; it is made voluntarily and free from any force, threats, or promises; Defendant understands the nature of the charges and penalties provided by law; and the plea has a sufficient basis in fact. Pursuant to plea agreement, the Court further specifically finds that the Defendant's waiver of his right to appeal the sentence to be imposed in this case is knowing and voluntary.

Acceptance of the plea, adjudication of guilt, acceptance of the Plea Agreement, and imposition of sentence are specifically reserved for the District Judge.

It is therefore recommended that the Court: (1) grant Defendant's request to withdraw his not guilty plea to Count One of the Indictment. ; (2) accept Defendant's guilty plea to

Count One of the Indictment.; (3) adjudicate Defendant guilty of 18 U.S.C. § 922(o) and 924(a)(2) and (b)(4) as charged in Count One of the Indictment; and (4) order that Defendant remain on Bond pending sentencing or further order of this Court.

The Defendant's sentencing hearing is scheduled before United States District Judge Mark S. Norris on January 26, 2027, at 2:00 p.m.

Respectfully submitted this 7th day of October 2026.

s/Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Within fourteen (14) days after being served with a copy of this report and recommendation, a party may serve and file written objections to the proposed findings and recommendations. Fed. R. Crim. P. 59 (b)(2). A party may respond to another party's objections within fourteen (14) days after being served with a copy. Failure to file objections within fourteen (14) days may constitute waiver of objections, exceptions, and further appeal.